THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Eric Christopher McNeal, Appellant.
 
 
 

Appeal From Lexington County
 Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2004-UP-091
 Submitted December 23, 2003  Filed 
 February 13, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, South Carolina 
 Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Eric Christopher McNeal (Appellant) 
 pleaded guilty to voluntary manslaughter, possession of a firearm or knife during 
 the commission of a violent crime, and possession of a pistol by a person under 
 the age of twenty-one.  Appellant was sentenced to a total of thirty years in 
 prison.  
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.               
APPEAL DISMISSED. [1] 
GOOSLBY, HOWARD, and KITTREDGE, JJ., concur.

 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR